## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Subi Arumugam,** | § |
| | § |
| *Plaintiff,* | § |
| | § |
| | § |
| **v.** | § |
| | § |
| | § |
| **William Marsh Rice University,** | § |
| a Texas corporation, | § |
| | § |
| **and** | § |
| | § |
| **Amazon.com Inc.,** | § |
| a Washington corporation, | § |
| | § |
| **and** | § |
| | § |
| **Christopher M. Jermaine,** | § |
| individually, | § |
| | § |
| **and** | § |
| | § |
| **Joe A. Warren,** | § |
| individually, | § |
| | § |
| **and** | § |
| | § |
| **Mary A. Cronin,** | § |
| individually. | § |
| | § |
| *Defendants* | § |
| | § |

United States District Court
Southern District of Texas
**FILED**

MAR 4 2013

David J. Bradley, Clerk of Court

Civil Action No. 4:13-cv-00376

**AMENDED COMPLAINT FOR
COPYRIGHT INFRINGEMENT AND
CONTRIBUTORY INFRINGEMENT**

Plaintiff Subi Arumugam ("Plaintiff") for his complaint against Defendants William Marsh Rice University, Amazon.com Inc., Christopher M. Jermaine, Joe. A. Warren, and Mary A. Cronin (collectively "Defendants") alleges as set forth below.

## NATURE OF THE CLAIM, JURISDICTION AND VENUE

1. This is an action for copyright infringement under the United States Copyright Act, 17 U.S.C. §§ 101 etc. This Court has jurisdiction under 17 U.S.C §101 et seq., 28 U.S.C §1331 (federal question), and 28 U.S.C § 1338(a) (copyright).

2. Venue in this District is proper under 28 U.S.C § 1391(b) and/or 28 U.S.C § 1400(a). Based to the best knowledge and information of the Plaintiff, the Defendants may be found in this District and/or a substantial part of the alleged events occurred and/or have a significant effect within this District.

3. On information and belief, personal jurisdiction in this District is proper because each Defendants, without consent or permission of Plaintiff as the exclusive rights owner, intentionally and willfully infringed and made available over the Internet, copyrighted works for which the Plaintiff has exclusive rights.

4. To ensure that venue and jurisdiction are proper, Plaintiff, through its agents and representatives, has undertaken efforts to only identify alleged infringers who are within or near the geographic location of the Court.

## BACKGROUND

5. Plaintiff was a postdoctoral research associate employed by the Defendant William Marsh Rice University since January of 2011. Plaintiff's employment with the Defendants ended on December 15, 2012.

6. As a computer systems enthusiast and freelance programmer, the Plaintiff owns and manages several websites on the Internet (such as www.cloverdb.net, rainbowdb.com, www.ec2hub.com,

www.cloverdb.com, www.pensieve.cc, www.datagen.org, etc.). Plaintiff has also developed a portfolio of software programs using his own resources and time some of which he has made available to fellow researchers/computer enthusiasts under free software licenses in the spirit of giving back to the community.

7.  The subject matter of the motion concerns Clover Cluster Management Software, which is a software product of interest to Cloud Computing users. Clover is a Software Program for monitoring and managing a set of computer nodes within a network. Clover centralizes several administrative functions into a single logical interface and allows the flexible addition/deletion of computer nodes into the network thereby simplifying the task of systems administration and management of large-scale computer networks.

8.  Traditionally the world of computing can be subdivided into the personal computing market and the enterprise business market. While personal-computers (PCs) have been the face of the computing world to the general public, thanks to popular products from vendors such as Apple and Microsoft, much of the real equity is derived from software products and equipment that target the enterprise computing market. Enterprise markets have historically been dominated by large powerful monolithic mainframe computers from blue-chip companies such as IBM and HP who supply high-powered rack-machines and associated software as a package in varying configurations to businesses both small and large. In the last few years, this dichotomy between enterprise and personal computing has started to blur, thanks to Cloud Computing. Cloud Computing, in simple terms, makes the personal computer as the backbone of enterprise business activities. In order to realize this vision, there has been a trend to move away from large powerful centralized mainframe computers to off-the-shelf commodity personal computers. Thus, work that used to be performed by a single powerful supercomputer is branched out to a farm of inexpensive off-the-shelf personal computers. Cloud Computing has

become a disruptive force and there has been several initiatives, both national and international, towards formalizing this emerging area and building consensus among researchers in arriving at interoperability standards. Market research firms such as Gartner estimate the Cloud Computing market to be worth in the billions in the next few years. There has been intense interest from venture capitalists as well to capitalize on the potential of this emerging field.

9.  A primary problem with Cloud Computing is that when work is distributed to a farm of computers, it makes the process of systems administration and management lot more tedious and time-consuming. Thus, software solutions aimed at simplifying management of a cluster of computers have attracted a lot of attention from the research community. Several silicon-valley startups have sprung up, backed by strong venture capitalist funding, that aims to offer solutions to large-scale cluster management and monitoring (such as 10gen, Datameer, Platfora, ClearStoryData, Scaligent, Qubole, Instart etc.)

10. Plaintiff is an eminently qualified individual in the field of Database Systems, particularly specializing in optimizing search queries over massive databases. Plaintiff earned a Doctoral Degree in Computer Engineering specializing in the field of Computer Database Systems in 2008. Since then, as a software engineer and later as a postdoctoral student, Plaintiff has refined his skills in the field to the extent that he is now one of the select few individuals who has risen to the top of their chosen specialty. Plaintiff routinely reviews articles submitted for publication in top journals in the field of Database Systems and participates as a Member of the Program Committee at premier Database Conferences. Besides his professional background as a Database Systems expert, Plaintiff is also an avid computer enthusiast and programmer who actively develops and maintains a portfolio of software products for fun. Over the span of 20 years, since High School when Plaintiff was first introduced to the world of Computers, he has written and has contributed to the broader programming community software programs in

domains as diverse as gaming, graphics, puzzles, expert systems, artificial intelligence etc. As a technophile, plaintiff has owned several laptops, computers and workstations running practically every possible operating system that has ever been written including some now defunct ones. Just as a car enthusiast would spend endless hours tinkering with his favorite toy car, Plaintiff actively dabbles with computer software internals and spends many hours tinkering with open-source software just so that it performs some trivial operation to his satisfaction.

## GENERAL ALLEGATIONS

11. Beginning in 2011, the Plaintiff started working on a software toolkit for managing the administrative tasks associated with a computer workstation as a hobby project. Over time, the Plaintiff refined the idea and added capabilities to manage multiple computer workstates connected within a single network. Plaintiff gave the moniker Clover to this evolving toolkit. The Clover software product evolved slowly over a period of two years staring in 2011. Despite not being a substantial piece of software (Clover is less than 20,000 lines of computer code while most of the research-related code written by the Plaintiff runs into hundreds of thousands of lines of code). Another reason for the slow-development of Clover is that it required researching and understanding completely new domain areas in Computer Science such as Distributed Networking and Computer Security, which were outside the scope of the Plaintiff's normal interests. Plus, the Plaintiff also had to fulfill his research duties as a full-time postdoctoral student at Rice University, which supported his living and boarding expenses.

12. In the middle of 2012, Plaintiff was tasked with carrying out a experimental simulation study on a network of computers in preparation for submission of an article in an upcoming Database Systems Conference. Plaintiff realized the task would be simplified if he used Clover to administer the Computer Network. The computers in the network were not physically owned by

Rice University but instead were rented on an hourly basis from Amazon Web Services – a provisioner of Cloud Computing Services to the general public. Once provisioned, the end-user can customize each rented computer during the bootup phase of the machine to suit his/her needs. The Plaintiff installed Clover as part of the bootup phase to ease his burden with carrying out the simulation (the Plaintiff had other research duties such as reviewing papers and supervising students etc.)

13. The Plaintiff designed the logistics of the actual simulation study which was carried out by varying the number of computer nodes from 5 nodes to 120 nodes. The individual computer nodes were provisioned from Amazon Web Services (AWS). On initial assignment, the provisioned nodes do not come loaded with any software. Using instrumentation code provided AWS, users can install their personal software to customize the allotted node.

14. The Plaintiff customized the setup phase to install a copy of Clover on each newly rented computer during the boot up phase since it greatly simplified the logistics related to systems administration and network configuration. For the purpose of distributing copies of Clover as well as to provide basic housekeeping functions, the Plaintiff created a special seed computer node, known as the metadaemon node ("metad").

15. Essentially, to add a new computer to the network, a software request is made to the metadaemon, which then provisions a node from Amazon Web Services and then configures it with the required software from a central repository. When a node is provisioned, Amazon Web Services provides each node with a unique network identifier for internetwork communication, commonly known as the Internet Protocol (IP) address. During the configuration step, the metadaemon node maps the IP address of the node to that of a logical nickname composed of the prefix "EC" followed by a unique integer and assigns the node to logical network group "skynet" (Example: ec222.skynet → IP: 10.35.41.180, ec257.skynet → IP:10.244.253.38 etc.).

This makes it convenient to troubleshoot issues from the end-users perspective as logical names are more intuitive as compared to the Internet Protocol addresses. Each node then internally configures itself with the assigned logical name and maps it to the physical Internet Protocol (IP) address provided by Amazon Web Services when the node was provisioned.

16. Plaintiff successfully completed the study and an article detailing the study has been accepted for publication at the preeminent database research conference ACM SIGMOD to be held in June 2013 in New York, USA.

17. While Plaintiff has duly vested the copyright for all the software code that he wrote as part of his regular job duties, he specifically did not assign copyright associated with Clover to the Defendants since it was Plaintiff's own personal work developed independently, without any input or guidance, and without any compensation on the Defendants's part. Plaintiff is the exclusive owner of the copyright in the Clover Cluster Management Software and has duly registered it with the United States Copyright office (Registration Number: TXU001837440).

18. Meanwhile, Plaintiff's employment with the Defendants ended in December 2012. Plaintiff is currently in the process of establishing a startup company with the intent to sell Clover Cluster Management Software as a packaged product to Enterprise Business Customers under a tiered-license model similar to that practiced by vendors such as Microsoft (perpetual vs. subscription based, student edition vs professional edition etc.) along with technical support contracts outsourced to suitable partners. Plaintiff is also exploring possible alliances with more established software companies in the Enterprise Business segment to exploit synergestic business opportunities in the untapped Cloud Computing market. Plaintiff has established a corporation, EC2 HUB LLC, for the said purpose (registered duly as a Delaware Corporation on January 7, 2013) and is in the process of incorporating the said company to carry out business operations in the State of Texas with headquarters in Houston, Texas. Plaintiff is actively

involved in refining the Clover software package and intends to bring it the commercial market beginning June of 2013. The proposed release version of Clover has the capability to manage computer networks at a massive scale (task coordination and monitoring on upto 10,000 computer nodes will be supported in the planned release).

19. With the ending of his employment at Rice University, Plaintiff requested the Defendants to turn over any copies and associated documentation related to Clover that might still be in the possession of Rice University or its agents (since he worked there, the Plaintiff is aware of the existence of copies of Clover in the Defendants's computer systems). Furthermore, Plaintiff invited the Defendants to negotiate a suitable Software License Agreement for continued or future use of Clover failing which he requested the Defendants to cease using the said software product. Till to date, Defendants has failed to comply with the request and to the contrary it has come to the notice of the Plaintiff that the Defendants has continued to use Clover in a manner completely illegal without authorization or permission from the Plaintiff. Furthermore, through use of Clover in such an unauthorized manner, Defendants are exposing protected operative trade secrets of the Clover Cluster Management software over public and private networks to the general public and has the effect of indirectly sabotaging possible business opportunities that the Plaintiff is actively pursuing.

20. Furthermore, by making available information about Clover before it could be duly released by the Plaintiff as a product, Defendants is causing confusion in the minds of the general public and denying the Plaintiff the business opportunity to control the message perceived by potential customers on the Clover suite of software products. Finally, fledgling startups such as the Plaintiff's rely primarily on their Intellectual property in the first year of their existence. Thus, secrecy and stealth mode of operations is of utmost importance to any technology startup if it has to have any reasonable chance of succeeding in the cut-throat world of Silicon-valley tech

companies. By exposing information related to Clover in a medium not controlled or authorized by the Plaintiff, the Defendants is enabling potential competitors to gain first-mover-advantage and more importantly denying the Plaintiff the opportunity to calibrate the message associated with the Clover suite of software in the minds of prospective customers.

## COUNT 1
## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C §§ 101 ET SEQ.

21. Plaintiff repeats and reincorporates herein the allegations set forth in paragraphs 11-21, above.

22. The Computer Software Program Clover is an original work of the Plaintiff that is copyrighted under United States law. Plaintiff is the exclusive owner of the copyright for Clover and has duly registered it with the United States Copyright office. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1** and incorporated herein by reference for all purposes. The Plaintiff is entitled to statutory remedies of the U.S. Copyright Act.

23. Plaintiff has either published or licensed for publication all copies of the Clover Computer Software Program in compliance with the copyright laws.

24. **Exhibit 2** identifies the list of IP addresses under the control of the Defendants where Clover Computer Software program has been installed, reproduced and distributed without the permission or consent of the Plaintiff. Each row in the listing of **Exhibit 2** identifies the individual computer node by its logical nickname, the physical IP address, the last-observed date and time ("Timestamp") of the infringement, the name of the Service Provider that provisioned the computer node, and the network software protocol employed by the node's Clover daemon agent.

25. Over the course of monitoring the infringement, the Plaintiff's agents observed a total of 208 computer nodes associated with the Defendants, each of which carried an identical version of the Clover Computer Software Program carrying the exact same software version signature

identification as that of the metadaemon node. This makes sense since all nodes are spawned by the same metadaemon node and as such they all will share the same software DNA as that of the metadaemon node.

26. Further, Plaintiff is informed and believes that the Defendants, without the permission or consent of the Plaintiff, has used, and continues to use the Internet as a distribution system to reproduce copies of the Clover software program. In doing so, the Defendants has violated, and continues to violate, Plaintiff's exclusive rights of reproduction and distribution protected under the Copyright Act of 1976 (17 U.S.C § 101 et seq.), including under 17 U.S.C. § 106(1) and (3).

27. Each of the Defendants's acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff. The method used to identify the Defendants is explained in **Exhibit 3**.

28. Plaintiff has suffered both monetary damages and irreparable harm as result of the Defendants's infringement of Plaintiff's copyrights in the Clover software program. In addition, discovery may disclose that the Defendants may have obtained profits as result of such infringement.

29. As a result of the Defendants's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to monetary relief pursuant to 17 U.S.C § 504, which may include Plaintiff's damages caused by the Defendants and the Defendants's profits and/or statutory damages, and to Plaintiff's attorney fees and other reasonable costs pursuant to 17 U.S.C § 505.

30. The conduct of the Defendants is causing and, unless enjoined and restrained by this Court will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C §§ 502 and 503, the Plaintiff is entitled to injunctive relief prohibiting the Defendants from further infringing Plaintiff's copyrights and ordering that the Defendants destroy all copies of the copyrighted software program made in violation of the Plaintiff's copyrights.

## COUNT 2

## CONTRIBUTORY INFRINGEMENT UNDER 17 U.S.C §§ 101 ET SEQ.

31. Plaintiff repeats and reincorporates herein the allegations set forth in paragraphs 11-30 above.

32. Plaintiff is, and at all relevant times has been, the owner of the copyrights and/or the owner of the exclusive rights under the copyright laws in the United States for the Software Program at issue.

33. Through use of internet protocol and the process described above, each Defendant induced or caused or materially contributed to the infringing conduct of the other Defendants.

34. Each Defendant knew or should have known that other Defendants were infringing upon Plaintiff's copyrighted work.

35. Each of the Defendants' contributory infringements were committed willfully within the meaning of 17 U.S.C § 504(c)(2).

36. As a result, Plaintiff has suffered damages that were proximately caused by each of the Defendants. Plaintiff has suffered both money damages and irreparable harm as a result of each Defendant's infringement of Plaintiff's copyrights in the Software Program Clover. In addition, discovery may disclose that one or more of the Defendants obtained profits as a result of such infringement.

37. The conduct of each Defendant has caused, is causing and, unless enjoined by this Court will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C §§ 502 and 503, the Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyrights and ordering that each Defendant destroy all copies of the Software Program Clover made in violation of the Plaintiff's copyrights.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court enter judgement against the Defendants as follows:

1. For a judgement that the Defendants has infringed Plaintiff's copyright in the software program;

2. For entry of preliminary and permanent injunctions providing that the Defendants shall be enjoined from directly or indirectly infringing the Plaintiff's rights in the Software Program, including without limitation by using the Internet to reproduce or copy the Software Program, to distribute the Software Program, or to make the Software Program available for distribution to anyone, except pursuant to a lawful license or with the express authority of the Plaintiff;

3. For entry of preliminary and permanent injunctions providing that the Defendants shall destroy all copies of the Software Program that the Defendants has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of the Software Program transferred onto any physical medium or device in Defendants's possession, custody, or control;

4. For entry of judgement that the Defendants shall pay actual damages and profits, or statutory damages, pursuant to 17 U.S.C 504, at the election of Plaintiff;

5. For entry of judgement that such Defendants shall pay Plaintiff's costs;

6. For entry of judgement that such Defendants shall pay Plaintiff's reasonable attorney fees; and

7. For entry of judgement that Plaintiff have such other relief as justice may require and/or as otherwise deemed just and proper by this Court.

Respectfully submitted this 4th day of March 2013.

FOR THE PLAINTIFF:

By: _____

Subi Arumugam PhD
2429 Bissonnet Street #769
Houston, TX 77005
Phone: (650) 867-0952
Email: propus@gmail.com
ATTORNEY Pro Se

## JURY DEMAND

Plaintiff hereby demands trial by jury on all issues so triable.

FOR THE PLAINTIFF:

By: _____

Subi Arumugam PhD
2429 Bissonnet Street #769
Houston, TX 77005
Phone: (650) 867-0952
Email: propus@gmail.com
ATTORNEY Pro Se

-14-

## **VERIFICATION**

I, Subi Arumugam, am the Attorney *Pro Se* who prepared this Complaint. I verify and declare under 28 USC § 1746 that I have read the foregoing Complaint and it is, based on my personal knowledge and information I have reviewed true. In particular, I have taken the following steps to ensure that the Complaint and its allegations comply with all requirements:

1. I personally checked that a copyright registration for the work at issue has been filed properly through the searchable database of the U.S. Copyright office at http://copyright.gov/records/ to ensure that the work at issue is eligible for statutory remedies under Section 412 of the Copyright Law.

2. The infringing work is available for access by anyone with access to an Internet connection at the location http://ec2-23-23-203-10.amazonaws.com/ hosted by Amazon Web Services. Hence I was able to personally verify that the software signatures associated with the computer nodes in the infringing website matches the description consistent with the operation of an active Clover daemon program.

3. Finally, I was able to trace the infringing website to an Internet Protocol (IP) address 23.23.203.10 with the help of a technology specialist at GeekSquad. The actual methodology employed is outlined in Exhibit C. The specified IP address is owned by Amazon Web Services (AWS) and is on permanent assignment to the Defendant's AWS account. I could attest to this fact since I had personally used the said IP address during my time as an employee with the Defendant.

Thus, I verify and declare under penalty of perjury that the foregoing statements and the statements in the Complaint are true and correct to the best of my knowledge.

Date: March 4, 2013

By: _____

Subi Arumugam PhD

On this day, **SUBRAMANIAN ARUMUGAM**, known to me to be the person whose signature appears

on the foregoing verification, personally appeared.  Affiant's identity was proved to me by **Texas**

**Driver License**.  After being by me duly sworn, he stated that he has read the foregoing Complaint for

Copyright Infringement; and that the facts and circumstances contained in this complaint are true to the

best of his knowledge and belief.

SWORN TO AND SUBSCRIBED BEFORE ME on this ___4th___ day of __MARCH__ 2013.

_____

*Notary Public, State of Texas*



SEAN HINTON
MY COMMISSION EXPIRES
JUNE 18, 2013

**EXHIBITS:**

1.  Exhibit 1 – Copyright registration record of the Computer Software Program at issue

2.  Exhibit 2 – Table of Last-observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover," Copyright Reg. No. TXU001837440

3.  Exhibit 3 – Technology Declaration of Dr. Subi Arumugam Ph.D., explaining the methodology used to identify the alleged copyright infringers

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-837-440

**Effective date of registration:**

January 2, 2013

---

## Title

**Title of Work:** Clover Cluster Management Software

## Completion/Publication

**Year of Completion:** 2012

## Author

■ **Author:** Subramanian Arumugam

**Pseudonym:** Subi Arumugam

**Author Created:** text, computer program

**Citizen of:** India          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Subramanian Arumugam

3000 Bissonnet St #3209, Houston, TX, 77005

## Rights and Permissions

**Name:** Subramanian Arumugam

**Email:** propus@gmail.com          **Telephone:** 650-867-0952

**Address:** 2429 Bissonnet #769

Houston, TX 77005  United States

## Certification

**Name:** Subramanian Arumugam

**Date:** December 30, 2012

**Applicant's Tracking Number:** 3012-001

Exhibit 2

Exhibit 2

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover." Copyright Reg. No. TXU001837440

| Node | Name | IP Address | Timestamp (U.S. Central Time) | Service Provider | Protocol |
|------|------|-----------|-------------------------------|------------------|----------|
| 1 | metad | 23.23.203.10 | 2013-02-13 04:03:43 -0600 | Amazon Web Services | Internet |
| 2 | ec2.skynet | 10.98.245.170 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 3 | ec203.skynet | 10.100.174.205 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 4 | ec204.skynet | 10.76.75.195 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 5 | ec205.skynet | 10.79.23.147 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 6 | ec206.skynet | 10.79.97.56 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 7 | ec207.skynet | 10.112.23.2 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 8 | ec208.skynet | 10.76.109.83 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 9 | ec209.skynet | 10.78.131.25 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 10 | ec210.skynet | 10.78.241.55 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 11 | ec211.skynet | 10.100.127.69 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 12 | ec212.skynet | 10.98.26.235 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 13 | ec213.skynet | 10.38.193.31 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 14 | ec214.skynet | 10.100.74.24 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 15 | ec215.skynet | 10.98.150.122 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 16 | ec216.skynet | 10.115.105.99 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 17 | ec217.skynet | 10.84.174.130 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 18 | ec218.skynet | 10.244.109.174 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 19 | ec219.skynet | 10.117.122.203 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 20 | ec220.skynet | 10.98.209.91 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 21 | ec221.skynet | 10.34.243.21 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 22 | ec222.skynet | 10.35.41.180 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 23 | ec223.skynet | 10.84.175.83 | 2013-02-13 04:09:22 -0600 | Amazon Web Services | Internet |
| 24 | ec224.skynet | 10.194.178.79 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 25 | ec225.skynet | 10.84.171.254 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 26 | ec226.skynet | 10.78.181.197 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 27 | ec227.skynet | 10.84.117.247 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 28 | ec228.skynet | 10.98.207.86 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 29 | ec229.skynet | 10.112.201.157 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |

Exhibit 2

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover." Copyright Reg. No. TXU001837440

| 30 | ec230.skynet | 10.34.243.224 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
|---|---|---|---|---|---|
| 31 | ec231.skynet | 10.38.187.86 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 32 | ec232.skynet | 10.115.50.120 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 33 | ec233.skynet | 10.100.151.130 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 34 | ec234.skynet | 10.38.198.102 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 35 | ec235.skynet | 10.99.74.151 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 36 | ec236.skynet | 10.84.181.184 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 37 | ec237.skynet | 10.117.129.111 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 38 | ec238.skynet | 10.100.147.181 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 39 | [undefined] | 10.78.46.55 | 2013-02-13 04:43:32 -0600 | Amazon Web Services | Internet |
| 40 | ec240.skynet | 10.78.249.89 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 41 | ec241.skynet | 10.205.38.247 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 42 | ec242.skynet | 10.100.135.81 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 43 | ec243.skynet | 10.100.119.172 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 44 | ec244.skynet | 10.226.218.135 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 45 | ec245.skynet | 10.84.135.237 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 46 | ec246.skynet | 10.115.111.169 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 47 | ec247.skynet | 10.33.54.217 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 48 | ec248.skynet | 10.205.33.38 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 49 | ec249.skynet | 10.100.115.156 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 50 | ec250.skynet | 10.84.178.150 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 51 | ec251.skynet | 10.35.1.145 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 52 | ec252.skynet | 10.100.171.70 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 53 | ec253.skynet | 10.76.103.42 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 54 | ec254.skynet | 10.98.147.237 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 55 | ec255.skynet | 10.98.234.200 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 56 | ec256.skynet | 10.39.71.196 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 57 | ec257.skynet | 10.244.253.38 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 58 | ec258.skynet | 10.226.217.171 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 59 | ec259.skynet | 10.79.98.185 | 2013-02-13 04:04:00 -0600 | Amazon Web Services | Internet |
| 60 | ec260.skynet | 10.76.157.245 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |

Exhibit 2

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover." Copyright Reg. No. TXU001837440

| 61 | ec261.skynet | 10.78.134.132 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
|----|--------------|----------------|----------------------------|---------------------|----------|
| 62 | ec262.skynet | 10.33.86.216 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 63 | ec263.skynet | 10.36.249.45 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 64 | [undefined] | 10.84.151.65 | 2013-02-13 04:43:32 -0600 | Amazon Web Services | Internet |
| 65 | ec265.skynet | 10.98.43.20 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 66 | ec266.skynet | 10.98.205.102 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 67 | ec267.skynet | 10.84.149.244 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 68 | ec268.skynet | 10.100.157.214 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 69 | ec269.skynet | 10.76.69.64 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 70 | ec270.skynet | 10.84.78.180 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 71 | ec271.skynet | 10.98.247.172 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 72 | ec272.skynet | 10.38.221.27 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 73 | ec273.skynet | 10.98.25.210 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 74 | ec274.skynet | 10.38.247.137 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 75 | ec275.skynet | 10.244.254.31 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 76 | ec276.skynet | 10.84.163.237 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 77 | ec277.skynet | 10.224.239.44 | 2013-02-13 04:27:01 -0600 | Amazon Web Services | Internet |
| 78 | ec278.skynet | 10.98.138.59 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 79 | ec279.skynet | 10.79.25.58 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 80 | ec280.skynet | 10.100.87.23 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 81 | ec281.skynet | 10.115.35.231 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 82 | ec282.skynet | 10.115.107.182 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 83 | ec283.skynet | 10.76.95.104 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 84 | ec284.skynet | 10.79.81.234 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 85 | ec285.skynet | 10.100.122.184 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 86 | ec286.skynet | 10.39.17.188 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 87 | ec287.skynet | 10.37.43.186 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 88 | ec288.skynet | 10.100.70.13 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 89 | ec289.skynet | 10.33.41.148 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 90 | ec290.skynet | 10.100.142.39 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 91 | ec291.skynet | 10.98.210.137 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |

Page 3

Exhibit 2

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover," Copyright Reg. No. TXU001837440

| | | | | | |
|---|---|---|---|---|---|
| 92 | ec292.skynet | 10.100.187.133 | 2013-02-13 04:33:25 -0600 | Amazon Web Services | Internet |
| 93 | ec293.skynet | 10.204.183.153 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 94 | ec294.skynet | 10.243.106.52 | 2013-02-13 04:18:01 -0600 | Amazon Web Services | Internet |
| 95 | ec295.skynet | 10.98.235.239 | 2013-02-13 04:04:00 -0600 | Amazon Web Services | Internet |
| 96 | ec296.skynet | 10.33.95.52 | 2013-02-13 04:22:53 -0600 | Amazon Web Services | Internet |
| 97 | ec297.skynet | 10.98.249.248 | 2013-02-13 04:12:59 -0600 | Amazon Web Services | Internet |
| 98 | ec298.skynet | 10.98.43.232 | 2013-02-13 04:03:44 -0600 | Amazon Web Services | Internet |
| 99 | ec299.skynet | 10.119.123.59 | 2013-02-13 04:29:31 -0600 | Amazon Web Services | Internet |
| 100 | [undefined] | 10.84.151.101 | 2013-02-13 04:43:32 -0600 | Amazon Web Services | Internet |
| 101 | [undefined] | 10.35.14.159 | 2013-02-13 04:43:32 -0600 | Amazon Web Services | Internet |
| 102 | [undefined] | 10.115.121.196 | 2013-02-13 04:43:32 -0600 | Amazon Web Services | Internet |
| 103 | [undefined] | 10.78.181.203 | 2013-02-13 04:43:32 -0600 | Amazon Web Services | Internet |
| 104 | ec303.skynet | 10.79.98.158 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 105 | ec304.skynet | 10.99.82.147 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 106 | ec305.skynet | 10.78.153.27 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 107 | ec306.skynet | 10.84.154.121 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 108 | ec307.skynet | 10.78.55.65 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 109 | ec308.skynet | 10.37.62.159 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 110 | ec309.skynet | 10.33.13.171 | 2013-02-14 20:22:06 -0600 | Amazon Web Services | Internet |
| 111 | ec310.skynet | 10.84.141.213 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 112 | ec311.skynet | 10.79.98.185 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 113 | ec312.skynet | 10.78.69.142 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 114 | ec313.skynet | 10.196.98.111 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 115 | ec314.skynet | 10.39.2.105 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 116 | ec315.skynet | 10.78.121.237 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 117 | ec316.skynet | 10.35.14.24 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 118 | ec317.skynet | 10.98.209.173 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 119 | ec318.skynet | 10.242.175.143 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 120 | ec319.skynet | 10.78.121.216 | 2013-02-14 20:27:09 -0600 | Amazon Web Services | Internet |
| 121 | ec320.skynet | 10.202.231.235 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 122 | ec321.skynet | 10.84.139.8 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover." Copyright Reg. No. TXU001837440

| 123 | ec322.skynet | 10.39.18.70 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 124 | ec323.skynet | 10.33.99.167 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 125 | ec324.skynet | 10.115.50.120 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 126 | ec325.skynet | 10.39.61.175 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 127 | ec326.skynet | 10.38.217.160 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 128 | ec327.skynet | 10.98.202.250 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 129 | ec328.skynet | 10.37.37.3 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 130 | ec329.skynet | 10.195.129.235 | 2013-02-14 20:32:11 -0600 | Amazon Web Services | Internet |
| 131 | ec330.skynet | 10.119.121.163 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 132 | ec331.skynet | 10.76.66.232 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 133 | ec332.skynet | 10.78.165.9 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 134 | ec333.skynet | 10.34.209.204 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 135 | ec334.skynet | 10.76.90.236 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 136 | ec335.skynet | 10.33.47.46 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 137 | ec336.skynet | 10.38.189.185 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 138 | ec337.skynet | 10.79.1.243 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 139 | ec338.skynet | 10.194.199.15 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 140 | ec339.skynet | 10.202.229.48 | 2013-02-14 20:37:14 -0600 | Amazon Web Services | Internet |
| 141 | ec340.skynet | 10.78.157.229 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 142 | ec341.skynet | 10.119.115.66 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 143 | ec342.skynet | 10.33.51.231 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 144 | ec343.skynet | 10.38.195.245 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 145 | ec344.skynet | 10.100.118.59 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 146 | ec345.skynet | 10.38.214.217 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 147 | ec346.skynet | 10.39.82.28 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 148 | ec347.skynet | 10.98.202.94 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 149 | ec348.skynet | 10.76.153.75 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 150 | ec349.skynet | 10.112.201.157 | 2013-02-14 20:42:16 -0600 | Amazon Web Services | Internet |
| 151 | ec350.skynet | 10.76.34.15 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 152 | ec351.skynet | 10.115.46.116 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 153 | ec352.skynet | 10.100.127.194 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |

Exhibit 2

Exhibit 2

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover." Copyright Reg. No. TXU001837440

| 154 | ec353.skynet | 10.98.22.119 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
|-----|--------------|--------------|---------------------------|---------------------|----------|
| 155 | ec354.skynet | 10.98.27.224 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 156 | ec355.skynet | 10.33.47.46 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 157 | ec356.skynet | 10.98.198.195 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 158 | ec357.skynet | 10.99.55.141 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 159 | ec358.skynet | 10.78.61.30 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 160 | ec359.skynet | 10.115.97.24 | 2013-02-14 20:47:19 -0600 | Amazon Web Services | Internet |
| 161 | ec360.skynet | 10.37.42.66 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 162 | ec361.skynet | 10.33.46.158 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 163 | ec362.skynet | 10.34.250.192 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 164 | ec363.skynet | 10.36.159.14 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 165 | ec364.skynet | 10.100.129.143 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 166 | ec365.skynet | 10.196.161.219 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 167 | ec366.skynet | 10.195.130.95 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 168 | ec367.skynet | 10.119.21.230 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 169 | ec369.skynet | 10.98.35.166 | 2013-02-14 20:52:22 -0600 | Amazon Web Services | Internet |
| 170 | ec370.skynet | 10.79.42.58 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 171 | ec371.skynet | 10.98.245.238 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 172 | ec372.skynet | 10.38.193.59 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 173 | ec373.skynet | 10.115.59.134 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 174 | ec374.skynet | 10.242.99.95 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 175 | ec375.skynet | 10.115.57.199 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 176 | ec376.skynet | 10.35.10.207 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 177 | ec377.skynet | 10.100.147.234 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 178 | ec378.skynet | 10.98.201.230 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 179 | ec379.skynet | 10.100.169.56 | 2013-02-14 20:57:25 -0600 | Amazon Web Services | Internet |
| 180 | ec380.skynet | 10.195.7.127 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 181 | ec381.skynet | 10.98.213.123 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 182 | ec382.skynet | 10.99.69.109 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 183 | ec383.skynet | 10.100.83.60 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 184 | ec384.skynet | 10.33.41.148 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |

Exhibit 2

Table of Last-Observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover." Copyright Reg. No. TXU001837440

| 185 | ec385.skynet | 10.102.67.116 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
|---|---|---|---|---|---|
| 186 | ec386.skynet | 10.115.121.114 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 187 | ec387.skynet | 10.98.219.60 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 188 | ec388.skynet | 10.98.235.70 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 189 | ec389.skynet | 10.98.233.137 | 2013-02-14 21:02:27 -0600 | Amazon Web Services | Internet |
| 190 | ec390.skynet | 10.224.239.72 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 191 | ec391.skynet | 10.100.131.217 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 192 | ec392.skynet | 10.76.9.168 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 193 | ec393.skynet | 10.33.15.1 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 194 | ec394.skynet | 10.78.155.248 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 195 | ec395.skynet | 10.100.147.15 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 196 | ec396.skynet | 10.226.223.66 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 197 | ec397.skynet | 10.78.141.75 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 198 | ec398.skynet | 10.39.1.231 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 199 | ec399.skynet | 10.119.10.227 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 200 | ec400.skynet | 10.100.85.6 | 2013-02-14 21:07:30 -0600 | Amazon Web Services | Internet |
| 201 | ec401.skynet | 10.84.162.57 | 2013-02-14 21:11:26 -0600 | Amazon Web Services | Internet |
| 202 | ec402.skynet | 10.98.151.85 | 2013-02-14 21:11:26 -0600 | Amazon Web Services | Internet |
| 203 | ec403.skynet | 10.117.118.176 | 2013-02-14 21:11:26 -0600 | Amazon Web Services | Internet |
| 204 | ec404.skynet | 10.194.91.111 | 2013-02-14 21:11:26 -0600 | Amazon Web Services | Internet |
| 205 | ec405.skynet | 10.98.147.193 | 2013-02-14 21:11:26 -0600 | Amazon Web Services | Internet |
| 206 | ec406.skynet | 10.243.142.31 | 2013-02-14 21:11:26 -0600 | Amazon Web Services | Internet |

Exhibit 3

Exhibit 3

## METHODOLOGY USED TO IDENTIFY THE INFRINGEMENT

1. While monitoring for individuals and computer bots seeking unauthorized access to the many websites owned and managed by the Plaintiff, the Plaintiff's agents came across the Internet website http://ec2-23-23-203-10.amazonaws.com/ganglia that was actively broadcasting monitoring and status reports sent by individual Clover daemons to a metadaemon node.

2. With the help of a technology specialist at GeekSquad (http://www.geeksquad.com/), the Plaintiff was able to trace the infringing website to an Internet Protocol (IP) address 23.23.203.10. Mapping a website address to the physical IP address is known as reverse DNS mapping, and as advised by the technical specialist at GeekSquad the Plaintiff was able to use standard software tools available on the Internet (http://www.networksolutions.com/whois) to perform the reverse IP lookup.

3. The plaintiff is familiar with the said IP address since it is on assignment to the Defendant's Amazon Web Services account since the beginning of 2012. An email communication between the Plaintiff and one of the research students at Rice University mentions this IP address specifically.

4. By accessing the publicly available status and log reports at the said IP address, the Plaintiff's agents were able to uncover all the computer nodes that are active members of the "skynet" network group. The Plaintiff's agents were able to uncover a total of 206 computer nodes with infringing copies of the Clover Software Program in addition to the metadaemon node.

**EXHIBITS:**

1. Exhibit A – Copyright registration record of the Computer Software Program at issue

2. Exhibit B – Table of Last-observed Infringements by Defendant of Plaintiff's Copyright in the Computer Program "Clover," Copyright Reg. No. TXU001837440

3. Exhibit C – Technology Declaration of Dr. Subi Arumugam Ph.D., explaining the methodology used to identify the alleged copyright infringers

**Defendants**

Richard A. Zansitis
William Marsh Rice University
1600 Main Street
360 Allen Center
Houston TX 77005
zansitis@rice.edu

Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn:  Legal Department – Subpoena

Christopher M. Jermaine
Department of Computer Science
1600 Main Street
Duncan Hall Room 3122
Houston TX 77005-1892
cmj4@cs.rice.edu

Joe A. Warren
Department of Computer Science
1600 Main Street
Duncan Hall Room 3114
Houston Tx 77005-1892
jwarren@cs.rice.edu

Mary A. Cronin
Human Resources
1600 Main Street, Suite 2600
Houston, TX 77005-1892
cronin@rice.edu