IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Subi Arumugam,** | § |
| *Plaintiff,* | § |
| v. | § |
| **William Marsh Rice University,** a Texas corporation, | § |
| and | § |
| **Amazon.com Inc.,** a Washington corporation, | § Civil Action No. 4:13-cv-00376 |
| and | § **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)** |
| **Christopher M. Jermaine,** individually, | § |
| and | § |
| **Joe A. Warren,** individually, | § |
| and | § |
| **Mary A. Cronin,** individually. | § |
| *Defendants* | § |

United States District Court
Southern District of Texas
FILED

MAR 4 2013

David J. Bradley, Clerk of Court

United States Courts
Southern District of Texas
FILED

MAR 0 4 2013

David J. Bradley, Clerk of Court

Pursuant to civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties there is no such interest to report.

Date: February 4th 2013                                          FOR THE PLAINTIFF:

By: /s/

Subi Arumugam PhD
2429 Bissonnet Street #769
Houston, TX 77005
Phone: (650) 867-0952
Email: propus@gmail.com
ATTORNEY Pro Se