In Re Martin v Clark                          Case NO 13-32550

            Debtor

United States Bankruptey Court

Southern District of Texas

List of Creditors : Matrix

Line 1 Access Carpet

Line 2 David A Fettner

Line 3 4635 South West Freeway

Line 4 Houston Tx 77027

Line 5

<u>Line6</u>

Line 1 Irs

Line 2

Line 3 P.O. Box 105 416

Line 4 Atlanta , GA 30348 - 5416

Line 5

<u>Line 6</u>

Line 1 Bank of America

Line 2

Line 3 800 Mark, St

Line 4 St, Louis, M,O 63101 - 1322

Line 5

<u>Line 6</u>

1

In Re _Martin v Clark_     Case NO _13-32550_

        **Debtor**

## United States Bankruptcy Court

## Southern District of Texas

## Mailing List of Creditors Home and Addresses Matrix

Line 1 RJM Acquistion LLC

Line 2

Line 3 575 Under Hill Blvd Suit 224

Line 4 Syosset, Hy 11791 - 27

Line 5

Line 6

Line 1 Stahman Lumber

Line 2

Line 3 4007 Green Brian

Line 4 Houston Tx, 77027

Line 5

Line 6