UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Subi Arumugam

v.                                                    Case No.: 4:13–cv–00376
                                                      Judge David Hittner

William Marsh Rice University, et al.
                        Defendant

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Stephen Smith

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/2/13

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 28, 2013

                                                      David J. Bradley, Clerk