UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Ethan Allen,<br>　　*Plaintiff*<br><br>vs.<br><br>William Marsh Rice University,<br>Amazon.com Inc.,<br>Christopher M. Jermaine,<br>Joe Warren,<br>Mary A. Cronin.<br>　　*Defendants* | CIVIL ACTION NO. 4:13-CV-376<br><br>**PRAECIPE**<br>*NAME CHANGE*<br><br>United States Courts<br>Southern District of Texas<br>FILED<br><br>JUL 3 1 2013<br><br>David J. Bradley, Clerk of Court |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please:

> Change the name of the plaintiff in the above-entitled civil action to Ethan Allen (formerly known as Subi Arumugam "alias" Subramanian Arumugam).

Respectfully Submitted,

*Ethan Allen*

Dated: 07/31/2013

Ethan Allen   LDOB ▓▓▓▓
2429 Bissonnet Street #769
Houston, Texas 77005
Phone: (650) 867-0952
Email: ethan_allen84@yahoo.com