UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ethan Allen, | § § | Civil Action No.: 4:13-376 |
| v. | § § | |
| William Marsh Rice Univ., et al, | § § § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Name Change (Document No. 33). Having considered the motion, submissions, and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby ORDERS that the Motion for Name Change (Document No. 33) is GRANTED.

Signed at Houston, TX on the ___22___ day of August, 2013.

_____
DAVID HITTNER
United States District Judge